No. 82, Misc. McBride *v.* Culver, State Prison Custodian. Supreme Court of Florida. Certiorari denied. Petitioner *pro se. Richard W. Ervin,* Attorney General of Florida, *David U. Tumin,* Assistant Attorney General, and *Edward S. Jaffry,* Special Assistant Attorney General, for respondent.

No. 266, Misc. Kimbrough *v.* United States. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

No. 30. Rathbun *v.* United States, *ante,* p. 107;
No. 65. United States ex rel. Avramovich *v.* Lehmann, Officer in Charge, Immigration and Naturalization Service, *ante,* p. 905. Petitions for rehearing denied.

JANUARY 20, 1958.

No. 645. Eagle Lion Studios, Inc., et al. *v.* Loew's Inc. et al. C. A. 2d Cir. Certiorari granted. *William L. McGovern, Norman Diamond, Robert L. Wright* and *Seymour Krieger* for petitioners. *S. Hazard Gillespie, Jr.* for Loew's Incorporated, and *Arthur F. Driscoll, Edward C. Raftery* and *George A. Raftery* for RKO Theatres, Inc., et al., respondents.

No. 652. Hawkins *v.* United States. C. A. 10th Cir. Certiorari granted. *Kenneth R. King* for petitioner. *Solicitor General Rankin, Acting Assistant Attorney General McLean, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.